AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 4:24mj69-CLR | Date and time warrant executed: 10-30-24 0929 | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of: TFO Mckoon

Inventory of the property taken and name of any person(s) seized:

$4,120.00

Nothing else follows

Nothing else follows

FILED
CLERK U.S. DISTRICT COURT
SO. DIST. OF GA. SAVANNAH DIV.
2024 NOV -4 PM 11:40

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-30-24

_Charles Guyer_
Executing officer's signature

TFO Charles Guyer
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. 4:24mj69-CLR |
| UNITED STATES POSTAL SERVICE PRIORITY MAIL PACKAGE CONTAINING TRACKING NO. EI 997 566 952 US | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Georgia____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____November 11, 2024____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Christopher L. Ray, United States Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  10/28/2024 4:03 pm                              *signed:* Christopher L. Ray
                                                                                     *Judge's signature*

City and state:  Savannah, GA                                              Christopher L. Ray, United States Magistrate Judge
                                                                                     *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF THE ITEM TO BE SEARCHED

The Subject Parcel is currently located at the United States Postal Inspection, 9 Chatham Center South, Suite A, Savannah, GA 31405 and is described as follows:

## SUBJECT PARCEL

| | |
|---|---|
| Shipper Info: | Cheryl Johnson<br>375 Hawkinsville Rd<br>Savannah, Ga 31419 |
| Receiver Info: | Kevin Brown<br>1814 W, 136th St<br>Compton, Ca 90222 |
| Class of Mail: | Priority Mail Express |
| Postage affixed: | $65.20 |
| Weight of Parcel: | 1 pound and 10oz. |



7

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

All controlled or illegal substances, drug trafficking proceeds, contraband, fruits of the crime, and other items illegally possessed relating to violations of Title 21, United States Code, Sections 841(a)(1) and 846.